**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TOMAS JOSE GUTIERREZ EPPLER**                                              **PLAINTIFF**

**v.**                                            **Case No. 4:25-cv-00651-KGB**

**DOE, *et al.***                                                                           **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 20). Plaintiff Tomas Jose Gutierrez Eppler has not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the reasoning and conclusion in the Recommendation as this Court's findings in all respects (*Id.*). The Court directs the Clerk to terminate defendant Doe as a party to this action. The Court grants defendant M. Wilburn's motion for summary judgment on the issue of exhaustion (Dkt. No. 16). The Court dismisses without prejudice Gutierrez Eppler's claims against Wilburn. The Court also dismisses without prejudice Gutierrez Eppler's amended complaint (Dkt. No. 8). The Court denies as moot Wilburn's motion to stay (Dkt. No. 21). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 8th day of April, 2026.

Kristine G. Baker
Chief United States District Judge